**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1651**

---

YVETTE J. DAVIS,

                    Plaintiff - Appellant,

      versus

GAIL MARGERUM, Dr., Mt. Vernon Emergency Room
Physician; J. E. ALFRED, Officer, Mt. Vernon
Department of Fairfax County, Badge #2683;
MATTIE L. PALMORE, Magistrate of Fairfax
County, Mt. Vernon Police Department; STEPHEN
W. ARMSTRONG, Attorney; ROBERT B. MACHEN,
Attorney; DEPARTMENT OF FAMILY SERVICES, for
Children; LATIFA ZAMAN, Licensed Daycare
Provider, Office for the Children,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-01-1467-A)

---

Submitted: October 21, 2002      Decided: November 7, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Yvette J. Davis, Appellant Pro Se. Marvin Pierce Rucker, Todd David Anderson, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia; James Edward Wilcox, Jr., Fairfax, Virginia; Sarah Leighton Kirby, SICILIANO, ELLIS, DYER & BOCCAROSSE, Fairfax, Virginia; Robert B. Machen, Annandale, Virginia; Latifa Zaman, Alexandria, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yvette J. Davis appeals the district court's orders dismissing her civil action against various defendants on jurisdictional and statute of limitations grounds. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Davis v. Margerum, No. CA-01-1467-A (E.D. Va. filed Dec. 12, 2001 and entered Dec. 19, 2001; filed Jan. 15, 2002 and entered Jan. 16, 2002; June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED